IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JERRY PAT GIVEN,**

    *Plaintiff*,

v.                                              Case No.: 4:24cv398-MW/MAF

**HUD, et al.,**

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. The Magistrate Judge recommends dismissal for failure to prosecute. This Court has independently verified that neither of the Magistrate Judge's prior orders have been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute." The Clerk shall close the file.

    **SO ORDERED on December 20, 2024.**

                                                    **s/Mark E. Walker**               
                                                    **Chief United States District Judge**